McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOFT & HEVY CORP., DBA KOMSOFT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael Chertoff, Secretary of Homeland ) <br> Security, et al. ) <br> ) <br> Defendants. ) <br> _____) | No. 08-CV-S-342 WBS KJM <br><br> JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME |

   This is an immigration case in which plaintiff has challenged the delay in adjudication of two employment-based visa petitions by United States Citizenship and Immigration Services. As of the time of this filing, the parties are endeavoring to resolve the matter at the administrative level. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

   The parties therefore stipulate that the time for filing the government's answer be extended to May 7, 2008, and that the scheduling conference, currently set for April 21, 2008, be reset to sometime after the new answer due date.

-1-

Dated: April 7, 2008

                              McGREGOR W. SCOTT
                              United States Attorney

By: /s/Audrey Hemesath
     Audrey B. Hemesath
     Assistant U.S. Attorney
     Attorneys for the Defendants

By: /s/ Maria M. Odom
     Maria M. Odom
     Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on May 7, 2008, and that the scheduling conference is reset to **July 14, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

DATED: April 8, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE