1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE
    EASTERN DISTRICT OF CALIFORNIA**

8

9  SOFT & HEVY CORP., DBA KOMSOFT, )    No. 08-CV-S-342 WBS KJM
                                   )
10     Plaintiff,                  )    SECOND JOINT STIPULATION AND
                                   )    [PROPOSED] ORDER RE: EXTENSION
11     v.                          )    OF TIME
                                   )
12 Michael Chertoff, Secretary of Homeland )
   Security, et al.                )
13                                 )
       Defendants.                 )
14 _____)

15

16     This is an immigration case in which plaintiff has challenged the delay in adjudication of two
17 employment-based visa petitions by United States Citizenship and Immigration Services. The
18 parties have previously stipulated to one extension of time for the filing of the government's
19 answer to the complaint. As of the time of this filing, the parties advise the Court that
   Citizenship and Immigration Services has issued a Request for Evidence to the plaintiff, with a
20 response deadline of July 11, 2008. In anticipation that the matter can be resolved on the
21 administrative level shortly thereafter, the parties stipulate to an additional extension of time for
22 the filing of the government's answer, until July 25, 2008. As well, the parties request that the
23 scheduling conference, currently set for July 14, 2008, be reset to sometime after the new answer
24 due date.

25

26

27

28

-1-

Dated: May 7, 2008

           McGREGOR W. SCOTT
           United States Attorney

       By: /s/Audrey Hemesath
          Audrey B. Hemesath
          Assistant U.S. Attorney
          Attorneys for the Defendants

       By: /s/ Maria M. Odom
          Maria M. Odom
          Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on July 25, 2008, and that the scheduling conference is reset to **September 8, 2008 at 2:00 p.m.**

IT IS SO ORDERED.

DATED: May 9, 2008

          _____
          WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE