1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOFT & HEVY CORP., DBA KOMSOFT, ) | No. 08-CV-S-342 WBS KJM |
| Plaintiff, ) | STIPULATION ANDORDER FOR DISMISSAL OF ACTION |
| v. ) | |
| Michael Chertoff, Secretary of Homeland Security, et al. ) | |
| Defendants. ) | |

This is an immigration case in which plaintiff has challenged the delay in adjudication of two employment-based visa petitions by United States Citizenship and Immigration Services. The parties have previously stipulated to two extensions of time for the filing of the government's answer to the complaint. As of the time of this filing, the parties advise the Court that plaintiff responded to the Request for Evidence issued by Citizenship and Immigration Services, and on July 24, 2008, CIS granted the visa petitions. Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

Dated: July 28, 2008

    McGREGOR W. SCOTT
    United States Attorney

By:  /s/Audrey Hemesath
    Audrey B. Hemesath
    Assistant U.S. Attorney
    Attorneys for the Defendants

-1-

1  By:  /s/ Maria M. Odom
2       Maria M. Odom
        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.

IT IS SO ORDERED.

DATED: August 4, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE